# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**GILSON PINO,**
    **Plaintiff,**

    **vs.**        **CIV NO. 19-00435-KK**

**ANDREW SAUL,**
**Commissioner of Social Security,**
    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 23) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 22), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until February 3, 2020, to file a response, and Plaintiff shall have until February 17, 2020, to file a reply.

                                      _____
                                      KIRTAN KHALSA
                                      United States Magistrate Judge

SUBMITTED AND APPROVED BY:
_Electronically submitted 12/26/2019_
MELISSA SCHUENEMANN
Special Assistant United States Attorney

_Electronically approved 12/20/2019_
LAURA JOELLEN JOHNSON
Attorney for Plaintiff